1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

IN RE: Sprouts Farmers Market
Incorporated Employee Data Security
Breach Litigation,

No. MDL 16-02731-PHX DLR

10

**ORDER**

11
12
13
14
15

    Attached is an agenda for the Case Management Conference to be held on

16

November 22, 2016 at 10:00 a.m.  The parties appear to have agreed on many of the

17

issues identified by the Court, but should nonetheless be prepared to discuss all of the

18

issues in the attached agenda and any others that should be resolved now or that will

19

expedite the resolution of this proceeding.

20

    Any parties wishing to appear telephonically at the Case Management Conference

21

must notify the Court's chambers no later than **4:00 p.m. on November 20, 2016**.

22

    Dated this 15th day of November, 2016.

23
24
25
26

Douglas L. Rayes
United States District Judge

27
28