**AGENDA**

11-22-16 Case Management Conference

I. Identification and selection of parties' leadership - **<u>Stipulated</u>**

    A. Plaintiffs' Steering Committee

    B. Lead counsel

    C. Responsibilities of counsel

II. Protective and Rule 502 orders

    A. Joint proposed protective order – <u>date for submission to Court</u>

III. ESI protocol

    A. Joint ESI protocol – <u>date for submission to Court</u>

IV. Discovery

    A. Anticipated discovery for motion to compel arbitration

    B. Joint discovery order – <u>date for submission to Court</u>

    C. Discovery schedule

    D. If no agreement, parties' respective proposals

    E. Anticipated different discovery for different issues in cases?

V. Status conferences

    A. Frequency?

    B. Notice to parties

VI. Particular issues that should be resolved early

    A. Master complaint and answer – <u>dates for submission to Court</u>

    B. Defendants' motion to compel arbitration – <u>anticipated date of filing</u>

    C. Stay pending in the Colorado case

      D.      Set briefing schedule applicable to all cases?

VII.    Attorneys' time and expense records

      A.      Periodic review by the Court

      B.      Dates for submission to Court

VIII.   Settlement efforts

      A.      What has occurred to this date?

      B.      Any global settlement talks?

      C.      Should the Court designate a neutral party to further settlement talks?

IX.    Case Management Order #2

      A.      Proposed order prepared by the parties

      B.      Incorporate important dates:

            1.      Rule 502 order

            2.      ESI order

            3.      Joint discovery order

            4.      Master complaint

            5.      Attorney's time and expense records

      C.      <u>Submit to Court within 7 days – November 29, 2016</u>

IX.    Future conferences