# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: Sprouts Farmers Market Incorporated Employee Data Security Breach Litigation**<br><br>**This Order Relates to: All Actions** | No. MDL 16-02731-PHX DLR<br><br>**CASE MANAGEMENT ORDER NO. 2** |

The Court has reviewed Defendant Sprouts Unopposed Motion for Entry of Case Management Order No. 2. (Doc. 23.) For good cause shown,

This Order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of October 11, 2016, (Doc. No. 2), as well as all related actions originally filed in this Court or transferred or removed to this Court. This Order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.1 of the Rules of Procedure of that Panel subsequent to the filing of the final transfer Order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court. The actions described above are consolidated for pretrial purposes.

//
//
//

The parties have agreed to, or the Court has previously ordered, the case deadlines in the schedule set forth below. The Court approves the parties' proposed schedule and adopts it as an order of the Court:

A. Deadline for submission of Rule 502 Order – **December 19, 2016**

B. Deadline for submission of ESI Protocol – **December 19, 2016**

C. Deadline for submission of Joint Discovery (Protective) Order – **December 19, 2016**

D. Deadline for Defendant to provide Plaintiffs with the arbitration agreements for the ten (10) Plaintiffs and all other forms that have been used by Sprouts – **December 31, 2016**. (deadline previously set by Court in Doc. No. 19)

E. Deadline for joint status report – **January 3, 2017 at 10:30 a.m.** (deadline previously set by Court in Doc. No. 19)

F. Telephonic Status Conference – January 5, 2017 at 10:30 a.m. (deadline previously set by Court in Doc. No. 19)

G. Deadline for filing the Master Complaint – **January 6, 2017** (deadline previously set by Court in Doc. No. 19)

H. Briefing Schedule for Motion to Dismiss/Stay or Compel Arbitration:

   a. Motion due on **February 6, 2017** (deadline previously set by Court in Doc. No. 19)

   b. Response due on **March 6, 2017**.

   c. Reply due on **March 27, 2017**.

Dated this 16th day of December, 2016.

Douglas L. Rayes
United States District Judge